IN THE COUNTY COURT FOR THE SECOND JUDICIAL DISTRICT
HARRISON COUNTY, MISSISSIPPI

**JUDITH BUTERBAUGH**

PLAINTIFF

VS.  D2402-11-628

**WAL-MART STORES INC.**

DEFENDANT

## CLERK'S CERTIFICATE

STATE OF MISSISSIPPI
COUNTY OF HARRISON

I, Gayle Parker, the duly elected, qualified and acting County clerk of Harrison County, Mississippi, do herby certify that the foregoing pages are and constitute a full, true, and correct copy of the proceedings in regard to the above-entitled case, as of this day.

**GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE** this the 2 day of November, 2011.

(SEAL)

GAYLE PARKER
CLERK OF COUNTY COURT OF
HARRISON, MISSISSIPPI

By: _____ D.C.

**EXHIBIT "A"**

# County Court District 2

PO BOX 235 730 Dr. Martin Luther King Blvd. Biloxi, 39533 MS. Phone: (228)435-8232 EXT

## CASE HISTORY FOR CASE D24021100628
### Judith Buterbaugh vs Wal-Mart Stores Inc

| | | |
|---|---|---|
| FILED DATE: 8/9/2011 | CASE TYPE: 1/NEGLIGENCE/GENERAL | STATUS: Active |
| | JUDGE: Hewes, Gaston H Jr | |

## CASE PARTIES:

- Plaintiff  Buterbaugh, Judith
- Plaintiff Attorney  Necaise, Albert Lionel
- Defendant  Wal-Mart Stores Inc

## CASE HISTORY FOR CASE D24021100628

**Buterbaugh, Judith**
2510 16th St Po Box 717
Gulfport, MS  39502

| | |
|---|---|
| Current Age: Unknown | DOB: Unknown |
| DL#: | SSN: 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 |
| Total Paid: $ 126.00 | Balance Due: $ 0.00 |

| COST | AMOUNT | PAY PRIORITY |
|---|---|---|
| Action: COMPLAINT | | |
| Clerk Fees | $85.00 | 75 |
| Civil Legal Assistance Fund | 5.00 | 200 |
| Court Administrator Fee | 2.00 | 200 |
| Court Constituents Fund | 0.50 | 150 |
| Law Library | 7.50 | 250 |
| Com Electronic Court Systems Fund | 10.00 | 100 |
| Steno Fee | 10.00 | 200 |
| Court Education Funds | 2.00 | 275 |
| Jury Tax | 3.00 | 200 |
| Records Managment Fee | 1.00 | 700 |
| **Total:** | **$126.00** | |

| DATE | TIME | DESCRIPTION |
|---|---|---|
| 08/09/2011 | 9:05 am | Filing recorded: SUMMONS ISSUED ON WAL-MART STORES C/O CT CORP AND<br>Buterbaugh, Judith |
| 08/09/2011 | 9:05 am | RM recorded the following Case Action Note: HANDED TO RUNNER FOR SERVICE<br>Buterbaugh, Judith |
| 08/09/2011 | 9:00 am | Received payment of $126.00 from Albert Lionel Necaise for Judith  Buterbaugh.  Printed receipt #18300.<br>Buterbaugh, Judith |
| 08/09/2011 | 12:00 am | Filing recorded: COMPLAINT<br>Buterbaugh, Judith |

Print Date:  11/02/2011
Print Time:  9:57:17AM
Requested By: RM

File: J:\pcss\jemsrpts\County\CaseHistoryCivil.RPT

Page 1 of 1

IN THE COUNTY COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

JUDITH BUTERBAUGH                                                            PLAINTIFF

VERSUS                                           CIVIL ACTION NO.: D2401-11-0096

WAL-MART STORES INC.                                                         DEFENDANT

## COMPLAINT

The Plaintiff alleges:

1. Plaintiff, Judith Buterbaugh, is an adult, resident citizen of Harrison County, Mississippi.

2. The Defendant is:

    a. Wal-Mart Stores, Inc., ("Wal-mart") is a Delaware corporation authorized to do business and doing business in Mississippi. Its registered agent for service of process is CT Corporation Systems, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

3. Jurisdiction and venue are proper under *Miss. Code Ann. §11-11-1*.

4. That on or about August 11, 2009, Plaintiff, Judith Buterbaugh was responding to an invitation held open to the general public, was shopping at the Wal-Mart Store # 2715, on 3615 Sangani Blvd., D'Iberville, Mississippi, in the Second Judicial District of Harrison County, Mississippi.

5. As Ms. Buterbaugh was browsing down an isle she slipped and fell on a liquid substance, causing Ms. Buterbaugh to fall to the floor, striking her head and neck on the metal shelf and loss of consciousness.

6. Plaintiff, Judith Buterbaugh, alleges that Defendant, Wal-Mart Stores Inc., was negligent in one or more of the following respects that caused or proximately contributed to the subject accident:

FILED
AUG 09 2011

SCANNED

a. Negligently failing to maintain the store premises in a clean and orderly condition;

b. Negligently failing to provide a safe environment for its patrons;

c. Negligently failing to observe and remove hazardous objects from Plaintiff's immediate path;

d. Negligently failing to warn Plaintiff of potential hazardous obstacles and/or objects, specifically those objects on the floor of store;

e. Negligently violating certain state statues.

7. As a direct and proximate cause of the negligent acts and omissions of the Defendant, the Plaintiff, Judith Buterbaugh, sustained serious, permanent and disabling injuries.

8. The Plaintiff, Judith Buterbaugh, specifically claims the following actual damages:

a. Her medical expenses to include future medical care and treatment;

b. Pain and suffering;

c. Injury to her body, including but not limited to her head, back, shoulders and neck.

9. The Plaintiff, Judith Buterbaugh, further alleges that the negligence of the Defendant was so gross, as to display a reckless disregard for the rights, safety and welfare of Ms. Buterbaugh, and she is entitled to recover punitive damages. Punitive or exemplary damages should be imposed, in amount reasonably calculated, to punish the Defendant and deter them and others in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Judith Buterbaugh, demands judgment from the Defendant, Wal-Mart Stores Inc., as allocated by the jury, as follows:

a. For present and future pain and suffering, in a reasonable amount, as determined by the jury;

b. A sum sufficient to pay all medical, hospital and drug related expenses occasioned by the accident;

c. For actual damages;

d. For punitive damages in a reasonable amount to be calculated by the jury, to punish the Defendant and deter them and others from engaging in such conduct in the future.

e. All costs of court together with pre-judgment and post-judgment interest.

f. Any other damages this Court may deem appropriate.

RESPECTFULLY SUBMITTED, this the 51st day of August, 2011.

JUDITH BUTERBAUGH, PLAINTIFF

BY: _____
Attorney for Plaintiff

ALBERT L. NECAISE, MSBN 3778
ATTORNEY AT LAW
2510 16th Street
P. O. BOX 717
GULFPORT, MISSISSIPPI  39502
PHONE     (228) 863-1990
FAX          (228) 868-8307
EMAIL:     necaisea@bellsouth.net

| **COVER SHEET** <br> **Civil Case Filing Form** <br> *(To be completed by Attorney/Party Prior to Filing of Pleading)* <br><br> Mississippi Supreme Court <br> Administrative Office of Courts <br> Form AOC/01 (Revised 1/1/2001) | Court Identification Docket Number <br> `2 4 2 C C` <br> County # / Judicial District (CH, CI, CO) / Court ID <br><br> `0 9 0 4 1 1` <br> Month / Date / Year <br> *This area to be completed by clerk* | Case Year <br> `2 0 1 1` | Docket Number <br> `___ 0 2 9` <br> Local Docket ID <br><br> *Case Number if filed prior to 1/1/94* |

IN THE COUNTY COURT OF HARRISON COUNTY

**Short Style of Case:** JUDITH BUTERBAUGH -V- WAL-MART STORES INC.
**Party Filing Initial Pleading: Type/Print Name** ALBERT NECAISE    **MS Bar No.** 3778
___ Check (✓) if Not an Attorney    ___ Check (✓) if Pro Hac Vice    Signature _____
**Compensatory Damages Sought:** $ YES    **Punitive Damages Sought:** $ YES

**Is Child Support contemplated as an issue in this suit?**    ___ Yes    ✓ No    *If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment*

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual  BUTERBAUGH           JUDITH           ( _____ )        _____    ___
              Last Name              First Name        Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

Address of Plaintiff 2510 16TH STREET/P.O. BOX 717 GULFPORT, MS 39502
___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business _____
*Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated*
___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual  WAL-MART STORES INC        _____    ( _____ )    _____    ___
              Last Name                  First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business _____
*Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated*
___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: _____

**ATTORNEY FOR THIS DEFENDANT:** _____  Bar No.  or  Name: _____  Pro Hac Vice (✓) ___
(If known)

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other _____

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other _____

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other _____

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other _____

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other _____

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other _____

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other _____

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- ✓ Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other _____

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other _____

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other _____

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other _____

IN THE COUNTY COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

JUDITH BUTERBAUGH                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO.: D2402-11-628

WAL-MART STORES INC.                                                DEFENDANT

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   CT Corporation Systems
      645 Lakeland East Drive
      Suite 101
      Flowood, Mississippi 39232

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **Albert Necaise, attorney for the Plaintiff, whose address is 2510 - 16th Street, P. O. Box 717, Gulfport, Mississippi 39502**. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 4 day of August, 2011.

(SEAL)

GAYLE PARKER, CLERK OF COURT

BY: _____ DEPUTY CLERK OF COURT

ALBERT NECAISE(M.S. BAR NO. 3778)
ATTORNEY AT LAW
2510 16TH STREET
P.O. BOX 717
GULFPORT, MS 39502
PHONE:  228-863-1990
FAX:    228-868-8307
EMAIL:  necaisea@bellsouth.net



COPY SCANNED

(USE SEPARATE PROOF OF SERVICE FOR EACH PERSON SERVED)

_____
Name of Person or Entity Served

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the for of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (**Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B**).

_____ **PERSONAL SERVICE.** I personally delivered copies to _____ on the _____ day of _____, 2011, where I found said person in _____ County of the State of _____. (SUMMONS and COMPLAINT.)

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, _____ State. I served the summons and complaint on the _____ Day of _____, 2011, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (Here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2011, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi )by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served).

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service $_____.

Process server must list below. (Please print or type)

NAME: _____

ADDRESS: _____
_____

PHONE: _____

STATE OF _____
COUNTY OF _____

     Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (SIGNATURE)

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _____ DAY OF _____, 2011.

(SEAL)

_____
NOTARY PUBLIC